IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

PETE MCMANUS,

    Plaintiff,

v.                                  CASE NO. 1:08-cv-00110-MP-AK

JOHN CHERRY,
GAINESVILLE HOUSING AUTHORITY,
PEGEEN HANRAHAN,
SHIRLEY JONES,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Doc. 42, Motion for Extension of Time to File Response/reply as to Doc. 41, Report and Recommendation. The motion is granted, and Plaintiff shall have until Friday, April 10, 2009, to file a response to the Report and Recommendation.

**DONE AND ORDERED** this *30th* day of March, 2009

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge