# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**PETE MCMANUS,**

    Plaintiff,

vs.                                             CASE NO. 1:08CV110-MP/AK

**GAINESVILLE HOUSING
AUTHORITY, et al,**

    Defendants.

_____/

## O R D E R

Presently before the Court is Plaintiff's Third Motion for Extension of Time to File Response to motions to dismiss. (Doc. 58). Plaintiff goes into extensive and unnecessary detail explaining his difficulties in downloading programs onto his new computer to ask for thirty days additional time, and then he attached to his motion for extension of time a Fourth Amended Complaint, which he has not been granted leave to file. Plaintiff should have learned from his previous mistake in serving pleadings he has not yet filed nor been granted leave to file, mistakes which cost Defendants and the Court significant effort, time and expense to sort through.

**The relevant pleading in this cause is the Third Amended Complaint**. Plaintiff shall respond to the motions to dismiss the third amended complaint by responding to the arguments raised in the motions and not by proposing another pleading. He shall respond to the pending motions on or before **September 18, 2009**,

and no further extensions of time will be granted. Thus, insofar as an extension of time is sought, Plaintiff's Motion (doc. 58) is **GRANTED IN PART**, but denied in all other respects.

**DONE AND ORDERED** this **26th** day of August, 2009.

*s/ A. KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**

**No. 1:08cv110-mp/ak**