IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

PETE MCMANUS,

    Plaintiff,

vs.                                                   CASE NO. 1:08CV110-MP/AK

GAINESVILLE HOUSING
AUTHORITY, et al,

    Defendants.

_____/

## O R D E R

Presently before the Court is Plaintiff's Motion for Reconsideration (doc. 71) with Exhibits 1 through 94. (Doc. 72). The Court declines to reconsider its previous decision not to allow Plaintiff to file a Fourth Amended Complaint and the motion (doc. 71) is **DENIED**.

**DONE AND ORDERED** this *18th* day of November, 2009.

                                       *s/ A. KORNBLUM*
                                       **ALLAN KORNBLUM**
                                       **UNITED STATES MAGISTRATE JUDGE**