IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

PETE MCMANUS,

    Plaintiff,

v.                                            CASE NO. 1:08-cv-00110-MP-AK

CITY OF GAINESVILLE, et al,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Plaintiff's Motions for Extension of Time to File Responses to pending motions to dismiss. (Docs. 83 and 84). The motions are **GRANTED**, and Plaintiff shall have through April 12, 2010, to file his responses.

**DONE AND ORDERED** this _12th_ day of March, 2010

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge